| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b)<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed | |
| In Re:<br>Alla Medow<br>    DEBTOR(S),<br>Oleg Krymlin<br>    Co-Debtor | |

Order Filed on March 6, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No:    18-19208 SLM

Chapter: 13

Hearing Date: February 27, 2019
Judge: Stacey L. Meisel

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 6, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of <u>HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as, 15 Margaret Court, Fair Lawn NJ 07410-4808**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-19208-SLM
Alla Medow                                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1            Date Rcvd: Mar 06, 2019
                                Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
db              Alla Medow,    15 Margaret Ct,    Fair Lawn, NJ   07410-4808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Master Servicing
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert L. Sweeney    on behalf of Debtor Alla Medow rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 6