Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−19208−SLM
                              Chapter:  13
                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alla Medow
   15 Margaret Ct
   Fair Lawn, NJ 07410−4808

Social Security No.:
   xxx−xx−3138

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/2/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 2, 2019
JAN: apc

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-19208-SLM
Alla Medow                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1         Date Rcvd: May 02, 2019
                               Form ID: 148               Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db              Alla Medow,    15 Margaret Ct,    Fair Lawn, NJ   07410-4808
cr             +PNC BANK, N.A.,    3232 NEWARK DRIVE,    MIAMISBURG, OH 45342-5421
517514848       HSBC Bank USA,    c/o KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517631891      +HSBC Bank USA, National Association,    c/o MidFirst Bank,    999 NW Grand Blvd,
                 Oklahoma City, OK 73118-6051
517639287      +PNC Bank, National Association,    PO BOX 94982,    Cleveland OH 44101-4982
517514849       PNC Mortgage,    PO Box 8703,    Dayton, OH  45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 00:39:22      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517632640      +EDI: AIS.COM May 03 2019 03:53:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517514850       EDI: WFFC.COM May 03 2019 03:53:00     Wells Fargo,    po box 71118,    charlotte, nc  28272-1118
517578207       EDI: WFFC.COM May 03 2019 03:53:00     Wells Fargo Bank, N.A., Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Master Servicing
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert L. Sweeney    on behalf of Debtor Alla  Medow rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6