| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | *[Seal of U.S. Bankruptcy Court – District of New Jersey]*<br><br>Order Filed on May 2, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br><br>ALLA MEDOW | Case No.:     18-19208 SLM<br><br>Chapter:       13 |

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED:** May 2, 2019

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 18-19208

Caption of Order:    Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 04/26/2019 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated.  All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

```
                    United States Bankruptcy Court
                         District of New Jersey
```

In re:                                                          Case No. 18-19208-SLM
Alla Medow                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1          Date Rcvd: May 02, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
db        Alla Medow,    15 Margaret Ct,    Fair Lawn, NJ   07410-4808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
           behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Master Servicing
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert L. Sweeney    on behalf of Debtor Alla  Medow rsweeneylaw@aol.com,
           G6120@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 6